**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6644**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JOSE JUAN ORGANES-ESPINO, a/k/a Johnny Organes, a/k/a Johnny Two Braids, a/k/a Paisa,

        Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. William L. Osteen, Jr., Chief District Judge. (1:09-cr-00263-WO-1)

Submitted: September 12, 2017             Decided: November 17, 2017

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jose Juan Organes-Espino, Appellant Pro Se. Sandra Jane Hairston, Acting United States Attorney, Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Juan Organes-Espino appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012), in which he sought the benefit of Amendment 782, and the order denying his motion for reconsideration. The district court correctly concluded that Organes-Espino is not eligible for a sentence reduction under Amendment 782 and, therefore, did not abuse its discretion in denying the motions. *See United States v. Muldrow*, 844 F.3d 434, 437 (4th Cir. 2016). Accordingly, we affirm. *United States v. Organes-Espino*, No. 1:09-cr-00263-WO-1 (M.D.N.C. June 28, 2016 & May 8, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*